**COURTROOM MINUTE SHEET - CRIMINAL HEARINGS**
**U.S. DISTRICT COURT - WICHITA, KANSAS**

FILED
U.S. District Court
District of Kansas

11/13/2025

Date: 11/13/25

Clerk, U.S. District Court
By____mv____Deputy Clerk

United States of America,

        Plaintiff,

v.

Richard Dean                                              ,

        Defendant.

Case No. 25-10125-02-JWB

JUDGE: ☐ Birzer ☑ Severson
DEPUTY CLERK: ☐ Anderson ☑ Vaughn
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Wriedt
        ☐ Ping ☐ Rivera ☐ Vilaythong
        ☐ Sworn

AUSA: Lanny Welch
DEFENSE COUNSEL: Ellen Bertels
TAPE NO.: 1:31 - 1:45

## PROCEEDINGS

☑ Initial Appearance     ☐ Detention Hearing     ☐ Bond Rev. Hrg
☐ Initial Rule 5(c)(3)     ☐ Preliminary Hearing     ☐ Pretrial Conference
☐ Sentencing     ☐ Change of Plea
☐ In-Court Hearing: _____
☑ Arraignment   ☑ Reading waived     ☐ Read to Defendant     ☑ Not Guilty Plea Entered
   (2 min)

☐ Complaint ☑ Indictment ☐ Information ☐ Pet. Revoke Supervision ☑ No. Counts:_____ ☑ Forfeiture
☑ Felony      ☐ Misdemeanor
☑ Charges/Viols. and penalties explained to Defendant
☑ Constitutional rights explained
☑ Defendant affirmation/sworn     ☑ Examined re: financial status     ☑ Counsel appointed
☑ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☐ Transfer to: _____
☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is   ☐ granted. ☐ denied. ☐ withdrawn.
☑ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☐ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☑ Release ordered     ☑ Bond fixed at: $ 10,000 OR     ☐ Continued on present bond/conditions
☐ Detention ordered     ☐ Remanded to custody

Defendant's next appearance: ☐ as directed before Judge _____
        ☑ per the Scheduling Order of Judge Broomes
        ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
        for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES:_____